LAWRENCE J. GALLAGHER, Individually and as a Stockholder of the NEW YORK DOCK COMPANY, Respondent, v. NEW YORK DOCK COMPANY, NEW YORK DOCK TRADE FACILITIES [CORPORATION], NEAL D. BECKER, GRIGORI BENENSON, ROBERT E. DOWLING, ROBERT W. DOWLING, CHARLES E. HOTCHKISS, HAROLD C. McCULLOM, RICHARD L. MORRIS, DARRAGH A. PARK, CHALIEN R. PARKER, DAVID L. TILLY, WILLIAM J. WASON, JR., Individually and as Officers and Directors of the NEW YORK DOCK COMPANY, Appellants. (Appeal No. 1.) — Order denying defendants' motion for judgment under rule 113 of the Rules of Civil Practice or, in the alternative, for judgment on the pleadings under section 476 of the Civil Practice Act and rule 112 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. The record is not sufficient to warrant the granting of summary judgment upon the defense of res judicata. That defense may be disposed of on the trial. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.

LAWRENCE J. GALLAGHER, Individually and as a Stockholder of the NEW YORK DOCK COMPANY, Appellant, v. NEW YORK DOCK COMPANY, NEW YORK DOCK TRADE FACILITIES CORPORATION, NEAL D. BECKER, GRIGORI BENENSON, ROBERT E. DOWLING, ROBERT W. DOWLING, CHARLES E. HOTCHKISS, HAROLD C. McCULLOM, RICHARD L. MORRIS, DARRAGH A. PARK, CHALIEN R. PARKER, DAVID L. TILLY, WILLIAM J. WASON, JR., Individually and as Officers and Directors of the NEW YORK DOCK COMPANY, Respondents. (Appeal No. 2.) — Resettled order of June 11, 1937, denying, on reargument, plaintiff's motion for an order of discovery and inspection reversed on the law, with ten dollars costs and disbursements, and motion granted; the discovery and inspection to proceed on five days' notice, unless the defendants, within ten days from the entry of the order hereon, shall stipulate that the examination had in the New York county action may be used on the trial of this action so far as material; in which event the order is affirmed, without costs. Appeal from order dated April 12, 1937, dismissed. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.